IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD ANTIONE WILSON,** | CIV S-05-2559-DFL-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **K.C. KRAMER, Warden, et al.,** | |
| Respondents. | |

Respondents have requested an enlargement of time to respond to Petitioner's habeas corpus petition. Good cause appearing,

IT IS HEREBY ORDERED THAT Respondents are granted an enlargement of time of thirty (30) days, up to and including June 3, 2006, to complete and serve their response to Petitioner's habeas corpus petition.

May 9, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1