IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD ANTIONE WILSON,** | CIV S-05-2559-DFL-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **K.C. KRAMER, Warden, et al.,** | |
| Respondents. | |

Respondent has requested an enlargement of time to respond to Petitioner's habeas corpus petition. Good cause appearing,

IT IS HEREBY ORDERED THAT Respondent is granted an enlargement of time of thirty (30) days, up to and including July 3, 2006, to complete and serve the response to Petitioner's habeas corpus petition.

June 1, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1