1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LEONARD ANTIONE WILSON,              No. CIV S-05-2559-DFL-CMK-P

12              Petitioner,

13         vs.                            ORDER

14    K.C. KRAMER, et al.,

15              Respondents.

16    _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion for

19    an extension of time (Doc. 11), filed on June 29, 2006.

20          On April 4, 2006, the court ordered respondents to file a response to the petition

21    for a writ of habeas corpus within 30 days.  Respondents now seek an extension of that deadline

22    to July 23, 2006.  Good cause appearing therefor, the request will be granted.  Failure to comply

23    with this order may result in the imposition of appropriate sanctions.  See Local Rule 11-110.

24    / / /

25    / / /

26    / / /

                                        1

1            Accordingly, IT IS HEREBY ORDERED that:

2                1.       Respondents' motion for an extension of time is granted; and

3                2.       Respondents shall file a response to the petition by July 23, 2006.

4    DATED:    July 13, 2006

5

6                              **CRAIG M. KELLISON**

7                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26